# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

SRS INDUSTRIES, LLC, *et al.*,,

    Plaintiffs,

v.                                        Case No. 14-cv-14718

BLUE CROSS AND BLUE SHIELD OF MICHIGAN

    Defendant.
_____/

## ORDER SETTING CONFERENCE

On June 29, 2015, the court held a status conference.  The court agreed to allow the parties an additional month to pursue settlement.  A followup conference will be held on the record on July 29, 2015.  Client representatives must be present at this conference.

IT IS ORDERED that counsel and client representatives shall appear for a status conference on **July 29, 2015 at 4:00pm** at the United States District Court in Port Huron, Michigan.

                                              s/Robert H. Cleland
                                              ROBERT H. CLELAND
                                              UNITED STATES DISTRICT JUDGE

Dated:  July 2, 2015

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 2, 2015, by electronic and/or ordinary mail.

                                              s/Lisa Wagner
                                              Case Manager and Deputy Clerk
                                              (313) 234-5522