# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

SRS INDUSTRIES, LLC,

    Plaintiffs,

v.                                             Case No. 14-14718

BLUE CROSS BLUE SHIELD OF MICHIGAN,

    Defendant.
                                                    /

## ORDER ADMINISTRATIVELY CLOSING CASE
## AND SCHEDULING A TELEPHONE CONFERENCE

On February 17, 2015, Plaintiffs filed a motion for summary judgment in the above-captioned matter.  That motion, as well as a subsequent motion to compel, are fully briefed and ripe for adjudication.  Nonetheless, in the meantime, counsel informed the court that the parties were engaged in settlement negotiations.  The court has been informally monitoring those discussions through a series of status and telephone conferences over the past several months.  On September 30, 2015, the court conducted another telephone conference, and the parties again updated the court that, while there has been substantial progress, a resolution has yet to be reached.  The court is persuaded that the parties are engaged in productive, substantive discussions, and that more time is necessary for them to continue their diligent efforts.  However, given the length of time that the negotiations have been pending, the court does not want this case to linger on its active docket indefinitely.  The court will thus administratively close the case and allow the parties to continue their discussions.

IT IS THEREFORE ORDERED that the clerk of the court is DIRECTED to administratively close this matter for statistical purposes only.  **Nothing in this order**

**shall be deemed to adversely affect or in any way impact the parties' rights.** If, at any time, a party wishes to reopen this case it may file a "Notice of Reopening," whereupon the case will be immediately reopened, with all rights preserved as of the date of this order.

    IT IS FURTHER ORDERED that counsel shall participate in a telephone conference on **Monday, October 5, 2015 at 10:45 am.** Plaintiffs' counsel will place the call.

                                                 s/Robert H. Cleland  
                                                 ROBERT H. CLELAND  
                                                 UNITED STATES DISTRICT JUDGE

Dated: September 30, 2015

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 30, 2015, by electronic and/or ordinary mail.

                                                 s/Lisa G. Wagner  
                                                 Case Manager and Deputy Clerk  
                                                 (313) 234-5522